# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147990 & (13)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 147990
COA: 310033
Kalamazoo CC: 2006-000513-FC

TYRONE LAMONT WILSON,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for leave to file a pro se supplemental application is GRANTED. The application for leave to appeal the September 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



p0224

                       Clerk